IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESAIAS FRAIZER, M02904, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 16-cv-00491-NJR |
| ) | |
| DIRECTOR I.D.O.C., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

**ROSENSTENGEL, District Judge:**

This action is before the Court on the *pro se* complaint filed by Plaintiff. (Doc. 1.) The statement of claim appears to begin mid-sentence, as if one or more previous pages are missing. As it is written, the Court has no way to determine whether Plaintiff has any legitimate claims.

Plaintiff is **INSTRUCTED** to file a proper § 1983 complaint with this Court on or before **May 26, 2016**. Failure to file a complaint will result in this action being dismissed for failure to comply with an order of this Court. FED. R. CIV. P. 41(b). The Clerk of Court is **INSTRUCTED** to send Plaintiff the appropriate form to submit a § 1983 claim.

IT IS SO ORDERED.

DATED: May 5, 2016

_____
**NANCY J. ROSENSTENGEL**
**United States District Court**